UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KOU KONG, | ) | |
| | ) | |
| Petitioner, | ) | CV NO. 15-3572-AB (AJW) |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| | ) | |
| Respondents. | ) ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: November 4, 2015

_____
André Birotte Jr.
United States District Judge